UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT Case 2:24-cv-00018-KS-MTP    Document 2    Filed 02/16/24    Page 1 of 1

2:24-v-18-KS-MTP

Case 2:23-cv-00183-KS-MTP    Document 1    Filed 11/20/23    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

2:23-cv-183-KS-MTP

**FILED**

Feb 16 2024

ARTHUR JOHNSTON, CLERK

**FILED**

Nov 20 2023

ARTHUR JOHNSTON, CLERK

Case #

Justin Riché -VS- Forrest County Court.

On Grounds of Civil Action or Dismissed of Pending Case.

I Justin Riché am writting the circuit court of Hattiesburg M.S.. In regards of not ever having a bond reduction in over 14 months. By State law every 90 days apon incarceration you are intitled for a bond reduction. I have never recieved one. Also my bond does not fit my capability of payment by state law state law a bond has to be a reasonable amount to one's finances and ability. I dont have stock's or bonds or property. I seek 30,000 in monetary compensation. Also my court appointed legal defender has been very inadequate in assisting me in my case. I have had my family contact her and I have wrote her several times but never has candice Rickman returned anything or giving me legal counsel since my preliminary. I seek 10,000 in monetary compensation for the time and stress that forrest county has violated. This should have been and/or should be grounds for a civil and/or fedical suit with dismissed of my pending case.

Sincerly

Submitted
Justin Riché