IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JUSTIN RICHE**                                                                      **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 2:24cv18-KS-MTP**

**FORREST COUNTY COURT**                                **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte*. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 13th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE